GEORGE CASTILLO, Respondent, *v.* HARRY SPILNYK et al., Appellants.

Supreme Court, Appellate Term, Second Department, June 2, 1949.

*Walter Lubarsky* for appellants.

*Charles H. Sterenfeld* for respondent.

*Per Curiam.* The court was without jurisdiction to assess penalties under the Housing and Rent Act of 1947 (U. S. Code, tit. 50, Appendix, § 1881 *et seq.*) for a period greater than twelve months prior to the commencement of the action, even though the Statute of Limitations was not pleaded (*Lindner* v. *Miracle Realty Corp.*, N. Y. L. J., Oct. 18, 1947, p. 924, col. 7 [App. Term, 2d Dept.] ; *Thompson* v. *Taylor*, 62 F. Supp. 930; *Bowles* v. *Babcock*, 65 F. Supp. 380).

It was error, too, for the court to have considered the area rent attorney's interpretation in resolving the facts of this case.

The judgment should be unanimously reversed, on the law, and a new trial granted, with $30 costs to the defendants to abide the event.

STEINBRINK, FENNELLY and COLDEN, JJ., concur.

Judgment reversed, etc.